# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

v.                                                          Docket No. 14-4198

LARRY JAY HAWKINS,
    Defendant-Appellant.

---

## CASE STATUS REPORT

---

Appellant Larry Hawkins, by and through undersigned counsel, hereby submits this status report pursuant to this Court's order of March 27, 2014, which placed Hawkins's case in abeyance pending the outcome of United States v. Mungro, Fourth Circuit No. 13-4503.

On July 8, 2014, this Court issued an Order denying the petition for rehearing and rehearing en banc in the Mungro case. Counsel for Hawkins also represents the defendant in the Mungro case and, based on consultation with his client, plans to file a petition for a writ of certiorari in the United States Supreme Court in that case. Accordingly, counsel will provide this Court with an additional update when the Supreme Court acts on the petition for certiorari in the Mungro case.

This, the 17th day of July, 2014.

        Respectfully submitted,

        Ross Hall Richardson, Acting Executive Director
        Federal Defenders of
            Western North Carolina, Inc.

        s/Joshua B. Carpenter_____
        Joshua B. Carpenter
        Appellate Counsel
        Federal Defenders of Western North Carolina
        One Page Avenue, Suite 210
        Asheville, NC 28801
        Joshua_Carpenter@fd.org
        *Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I, Joshua B. Carpenter, an attorney with The Federal Defenders of Western North Carolina, hereby certify that a true and correct copy of the foregoing *Case Status Report* was duly served on Assistant United States Attorney Amy E. Ray by CM/ECF.

This 17th day of July, 2014.

                                                s/Joshua B. Carpenter_____
                                                Joshua B. Carpenter
                                                Joshua_Carpenter@fd.org