FILED: August 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4198
(1:12-cr-00115-MR-DLH-1)
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

LARRY JAY HAWKINS, a/k/a Larry J. Hawkins,

        Defendant - Appellant.

_____

O R D E R
_____

After a review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), we conclude that there are nonfrivolous issues that would benefit from adversarial presentation. Accordingly, we direct counsel for Hawkins and the Government to submit merits briefs addressing (1) whether, in light of the Supreme Court's recent decision in Johnson v. United States, 135 S. Ct. 2551 (2015), Hawkins' North Carolina convictions for assault with a deadly weapon inflicting serious injury qualify as predicate offenses under the Armed Career Criminal Act, 18 U.S.C. § 924(e) (2012); and (2) whether the

magistrate judge's statement at the Fed. R. Crim. P. 11 proceeding that Hawkins potentially faced "a term of imprisonment of not more than 15 years and not more than life imprisonment" constitutes plain error.

By separate order, the Clerk will establish an appropriate briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk