Filed:  August 27, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## ANDERS SUPPLEMENTAL BRIEFING ORDER

_____

No. 14-4198,    US v. Larry J. Hawkins
                1:12-cr-00115-MR-DLH-1

The court directs supplemental briefing as follows:

Supplemental opening brief (and joint appendix, if applicable) due: 09/17/2015

Supplemental response brief due: 10/08/2015

Supplemental reply brief permitted by: 10/19/2015

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Cathi Bennett, Deputy Clerk